UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHTAR KHAN,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN,<br><br>                                    Respondent. | Case No.:  26-cv-2785-RSH-AHG<br><br>**ORDER DENYING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On May 1, 2026, petitioner Mukhtar Khan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On May 13, 2026, Respondent filed a return. ECF No. 4.

Title 28 of the U.S. Code, Section 2241, provides that "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). A detainee bears the burden of demonstrating that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

The record reflects that Petitioner, a citizen of India, was arrested on February 16, 2026 while attempting to enter the United States from Mexico at the San Ysidro Port of Entry. ECF No. 4-1 at 3. The following day, Petitioner was issued an expedited removal

order. ECF No. 4-2 at 1. Petitioner requested a bond hearing before an immigration judge, but on March 20, 2026 withdrew the request. ECF No. 4-3 at 1.

The Petition alleges in general terms that Petitioner's detention is unlawful, but he has not established that "[h]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Accordingly, the Petition is **DENIED**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 21, 2026

*Robert S Huie*

Hon. Robert S. Huie
United States District Judge

26-cv-2785-RSH-AHG